UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| QUITMAN CARTER, | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) No. 1:15CV61 CDP |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent, | ) |

## MEMORANDUM AND ORDER

This matter comes before the Court on movant's motion for reconsideration of the dismissal of his motion to vacate, after it was determined to be successive, pursuant to 28 U.S.C. § 2244(a) and § 2255(h). Having reviewed movant's arguments and found them unpersuasive; the Court will deny the motion for reconsideration and deny the request for certificate of appealability.

Accordingly,

**IT IS HEREBY ORDERED** that movant's motion for reconsideration of the dismissal of his motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 [Doc. #4] is **DENIED**.

**IT IS FURTHER ORDERED** that no certificate of appealability shall issue.

Dated this 15th day of May, 2015.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE